JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE CITIZEN,<br><br>        Plaintiff,<br><br>    v.<br><br>BURBERRY LIMITED,<br><br>        Defendant. | CV 15-1289 PA (FFMx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's March 25, 2016 Minute Order granting the Joint Motion for FLSA Settlement Approval,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: March 25, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE